# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR 212-2 |
| ) | |
| DENNIS S. MOMAH ) | |

## ORDER

Upon consideration of the request by the defendant for return of his bond posted on behalf of himself, Dennis S. Momah, in the amount of **$10,000.00**, and the government having orally stating they have no objections, said request is hereby GRANTED.

IT IS HEREBY ORDERED that the Clerk of this Court disburse said funds, plus any and all accrued interest, to:

Dennis Momah
c/o Brian McEvoy
3127 Maple Drive NE
Atlanta, Georgia 30305

SO ORDERED this 25 day of August, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA